UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GILDA ARREDONDO,              ) | |
|          Plaintiff,       ) | Case No.  2:13-cv-01581-JCM-CWH |
| vs.                                              ) | **ORDER** |
| CASH 1, LLC,                              ) | |
|          Defendant.     ) | |

      This matter is before the Court on Defendant's Emergency Motion to Compel Arbitration and Stay Proceedings (#8), filed September 4, 2013 and the parties' Stipulation (#11), filed September 11, 2013.

      Defendant requests that the Court compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq.* and the written arbitration agreement between the parties.  Before the time for filing a response, the parties submitted a stipulation (#11) wherein they agreed the motion should be granted and the matter proceed to arbitration.  The undersigned has independently reviewed the motion (#8) and stipulation (#11) and finds there is good cause for the requested relief.  Accordingly,

      **IT IS HEREBY ORDERED** that the parties' Stipulation (#11) is **granted**.

      **IT IS FURTHER ORDERED** that  Defendant's Emergency Motion to Compel Arbitration and Stay Proceedings (#8) is **granted**.

      **IT IS FURTHER ORDERED** that the parties shall submit written Joint Status Reports every thirty (30) days from the date of this order apprising the Court of the status of the arbitration.  The first report is due by **Monday, October 14, 2013**.

1    DATED: September 12, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**